Date: 09/08/10          DIVIDENDS REMITTED TO THE COURT          Page: 1

Case Number 09-16255 - KING, ANDY J

| Creditor | Claim No. | Amount Allowed | Amount Paid |
|---|---|---|---|
| Norstar Emergency Physicians<br>9301 S Western Ave<br>Oklahoma City OK 73139-2728 | 000004 | 71.84 | 4.68 |
| ---------- Remittance Total --------------- | | 71.84 | 4.68 |

*[signature]*

SUSAN MANCHESTER, Trustee

Printed: 09/08/10 10:41 AM    Ver: 15.20

COURT1